IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02405-WJM-NRN

LEAANN SCOTT,

    Plaintiff.

v.

HCA-HEALTHONE, LLC D/B/A PRESBYTERIAN/ST. LUKE'S MEDICAL CENTER,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff LeaAnn Scott and Defendant HCA-HealthOne, LLC d/b/a Presbyterian/St. Luke's Medical Center stipulate to the dismissal with prejudice of the above-captioned action and all claims asserted therein, with each party to bear her or its own attorneys' fees and costs.

DATED this September 19, 2022.

| | |
|---|---|
| /s/ Thomas H. Mitchiner | /s/ Craig M. Finger |
| Thomas H. Mitchiner | Craig M. Finger |
| Mitchiner Law, LLC | Brownstein Hyatt Farber Schreck, LLP |
| 1240 S. Parker Rd., Suite 103 | 410 Seventeenth Street, Suite 2200 |
| Denver, CO 80231 | Denver, CO 80202 |
| 720-538-0371 | 303-223-1135 |
| Email: tmitchiner@mitchinerlawllc.com | cfinger@bhfs.com |
| | |
| Attorney for Plaintiff | *Counsel for Defendant* |
| | |
| /s/ Steven L. Murray | /s/ Martine T. Wells |
| Steven L. Murray | Martine T. Wells |
| Murray Law, LLC | Brownstein Hyatt Farber Schreck, LLP |
| 3900 E. Mexico Ave. Suite 300 | 410 Seventeenth Street, Suite 2200 |
| Denver, CO 80203 | Denver, CO 80202 |
| 303-396-9952 | 303-223-1213 |

Email: steven@smurraylaw.com          MWells@BHFS.com

Attorney for Plaintiff                *Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using CM/ECF system which will send a notification to counsel referenced below, this September 19, 2022, addressed to:

Martine T. Wells
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200 Denver, CO 80202
303-223-1213
MWells@BHFS.com

Craig M. Finger
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200 Denver, CO 80202
303-223-1135
cfinger@bhfs.com

                                          /s/ Thomas H. Mitchiner
                                          Thomas H. Mitchiner